1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Benny Granado,

                                    Plaintiff,

          vs.

Metropolitan Life Insurance Company; and
NCI Information Systems, Inc. LTD Plan,

                                    Defendant.

No. 4:13-cv-00170-DCB

**ORDER**

          This matter comes before this Court on the parties' stipulation to dismiss with prejudice.  As there is good cause,

          IT IS ORDERED dismissing this lawsuit with prejudice, each party to bear their own costs and attorneys' fees.

          Dated this 14th day of May, 2014.

David C. Bury
United States District Judge